**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

12 JUN 22 AM 8:20

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>JOSE CRUZ-RUBIO (1),<br><br>                  Defendant. | CASE NO. 12CR2067-H<br><br>                          DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(ii); 18:2

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 21, 2012

                                       William V. Gallo
                                       U.S. Magistrate Judge