**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

12 JUN 22 AM 8:20



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>JOSE CRUZ-RUBIO (1),<br><br>                    Defendant. | CASE NO. 12CR2067-H<br><br>                DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(ii); 18:2

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 21, 2012

William V. Gallo
U.S. Magistrate Judge